

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

KLEINFELDER CENTRAL, INC.
D/B/A KLEINFELDER,

Appellant,

v.

NORTH TEXAS MUNICIPAL WATER
DISTRICT,

Appellee.

§
§
§
§
§
§
§
§

No. 08-12-00327-CV

Appeal from

429th District Court

of Collin County, Texas

(TC # 429-00785-2009)

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.